TROUTMAN SANDERS LLP
Anna Jane I. Zarndt
Nevada Bar Number 10809
annajane.zarndt@troutmansanders.com
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7753
Facsimile: (858) 509-6040

*Attorney for Defendant Ocwen Loan Servicing, LLC*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Designated Attorney pursuant to LR 1A 11-1(b)(2)
for Defendant Ocwen Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| LYDIA R. GARRETT,<br><br>           Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NAVY FEDERAL CREDIT UNION; and OCWEN LOAN SERVICING, LLC,<br><br>           Defendants. | Case No.  2:19-cv-00686<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Plaintiff LYDIA R. GARRETT ("Plaintiff"), by and through her counsel, and Defendant OCWEN LOAN SERVICING, LLC ("Ocwen"), by and through its counsel, agree and stipulate as follows:

IT IS HEREBY STIPULATED that Ocwen shall have up to and including **June 14, 2019** within which to file its response to Plaintiff's Complaint filed on April 22, 2019:

1.     Ocwen was served on April 24, 2019 and its Answer is currently due May 15, 2019.

2.     Since Ocwen was served, the Parties are engaging in settlement discussions.

3.     The Parties expect to determine within the next few weeks whether this action can be resolved at this early stage.

4.     This is the first stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason.

STIPULATED and AGREED to this 15th day of May 2019.

> */s/ Anna Jane I. Zarndt*
> Anna Jane I. Zarndt
> Nevada Bar Number 10809
> TROUTMAN SANDERS LLP
> annajane.zarndt@troutmansanders.com
> 222 Central Park Avenue, Suite 2000
> Virginia Beach, Virginia 23462
> Telephone: (757) 687-7753
> Facsimile: (858) 509-6040
>
> *Attorney for Defendant Ocwen Loan*
> *Servicing, LLC*
>
> */s/ Shawn W. Miller*
> Shawn W. Miller
> Nevada Bar Number 7825
> Haines & Krieger, LLC
> 8985 S. Eastern Avenue, Suite 350
> Henderson, Nevada 89123
> Phone: (702) 880-5554
> FAX: (702) 385-5518
> smiller@hainesandkrieger.com
>
> *Attorney for Plaintiff Lydia R. Garrett*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

     I hereby certify that on May 15, 2019, I served a true and correct copy of this

4

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE**

5

6

**PLEADING TO COMPLAINT** upon all counsel of record by using the United

7

States District Court, District of Nevada's Case Management/Electronic Case

8

Filing System that will electronically mail notification to all parties appearing in

9

10

this case.

11

12

*/s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

38908563

# ORDER

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant Ocwen Loan Servicing, LLC shall have up to and including June 14, 2019 within which to file its response to Plaintiff's Complaint.

DATED this _ 17th _ day of May 2019.

**IT IS SO ORDERED.**

_____

UNITED STATES MAGISTRATE JUDGE