ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com

*Attorneys for Navy Federal Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYDIA R. GARRETT,<br><br>  Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NAVY FEDERAL CREDIT UNION; OCWEN LOAN SERVICING, LLC; SILVER STATE SCHOOLS CREDIT UNION,<br><br>  Defendants. | Case No.: 2:19-CV-00686-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NAVY FEDERAL CREDIT UNION TO RESPOND TO COMPLAINT**<br>**[ECF No. 1]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Lydia R. Garrett ("Plaintiff"), and Defendant Navy Federal Credit Union ("NFCU"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on April 22, 2019, 2019 [ECF No. 1].

2. NFCU recently retained counsel and a short extension is necessary to allow NFCU's counsel to obtain the file and investigate the allegations in the Complaint before responding.

3. Plaintiff and NFCU are also currently engaged in settlement discussions on this case and wish to extend the deadline for NFCU to respond to the Complaint until June 10, 2019. This will allow the parties to continue settlement discussions without incurring additional fees and expenses. Plaintiff has no objection to the extension.

4. This request is not made for purposes of delay.

5. Therefore, the parties agree that NFCU's response to the Complaint is now due on or before **June 10, 2019**.

| | |
|---|---|
| DATED: May 21, 2019. | DATED: May 21, 2019. |
| GORDON REES SCULLY MANSUKHANI, LLP | HAINES & KRIEGER, LLC |
| */s/ Robert S. Larsen* | */s/ David H. Krieger* |
| Robert S. Larsen, Esq.<br>Nevada Bar No. 7785<br>300 So. 4th Street, Suite 1550<br>Las Vegas, NV 89101 | David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123 |
| *Attorneys for Defendant Franklin Collection Services, Inc.* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: 5/22/2019