David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LYDIA R. GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NAVY FEDERAL CREDIT UNION; OCWEN LOAN SERVICING, LLC; SILVER STATE SCHOOLS CREDIT UNION,<br><br>Defendants. | **Case No. 2:19-cv-00686-JAD-GWF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>ECF No. 19 |

**STIPULATION**

Plaintiff LYDIA R. GARRETT and OCWEN LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice as to, and only as to,

…

…

…

…

…

…

…

OCWEN LOAN SERVICING, LLC, in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: July 17, 2019

| By: | /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | By: | /s/ Anna Jane I. Zarndt, Esq. <br> Anna Jane I. Zarndt, Esq. <br> Nevada Bar No. 10809 <br> TROUTMAN SANDERS, LLP <br> 222 Central Park Avenue <br> Suite 2000 <br> Virginia Beach, VA 23462 <br> *Attorney for Ocwen* |
|---|---|---|---|

## ORDER

Based on the stipulation between plaintiff and Ocwen Loan Servicing, LLC **[ECF No. 19]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Ocwen Loan Servicing, LLC are DISMISSED with prejudice**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 19, 2019